

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2014

No. 04-14-00116-CV

Norris J. **DEVOLL**,
Appellant

v.

Rebecca **DEMONBREUN**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-01296
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellant's opposed motion for leave to file a letter to the court regarding recent case law is hereby GRANTED.

It is so **ORDERED** on October 2, 2014.

PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court